**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Jacquelyn Carpenter,

        Plaintiff(s),        Case No. 2:21-cv-568

  v.

                                    JUDGE MORRISON

Southern Airways Express, et al.,

        Defendant(s).

## CERTIFICATE OF MAILING BY CLERK

**Certified mail service** has been done by the Clerk, U.S. District Court on March 4, 2021. A copy of the Summons and Complaint were sent by certified mail to the following location(s):

Southern Airways Express
c/o Statutory Agent
101 N Riverside Dr, Suite 211
Pompano Beach, FL 33062
(7019 1120 0001 5190 2021)

Rob McKinney
c/o Southern Airways Express
101 N Riverside Dr, Suite 211
Pompano Beach, FL 33062
(7019 1120 0001 5190 2007)

Susan Neff
c/o Southern Airways Express
101 N Riverside Dr, Suite 211
Pompano Beach, FL 33062
(7019 1120 0001 5190 2014)

                                          Richard W. Nagel, Clerk

                            By:  /s/ Kristen Keppler
                                    Kristen Keppler, Deputy Clerk