AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

JACQUELYN CARPENTER,
*Plaintiff*
v.
SOUTHERN AIRWAYS EXPRESS, et al.,
*Defendant*

Civil Action No. 2:21-cv-568

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court grants Defendants' Motion to Dismiss. Plaintiff's complaint is dismissed without prejudice to refiling before the appropriate court. This action is hereby terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 12/16/2021

CLERK OF COURT

*Theresa J. B...*
Signature of Clerk or Deputy